422 A.2d 1165

Commonwealth v. Stewart, Appellant.

Submitted September 15, 1978. Julius E. Fioravanti, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.

422 A.2d 1165

Leckonby v. Leckonby, Appellant.

Argued June 6, 1979. George A. Hahalis, for appellant; Richard Stevens, for appellee.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.